Helen Keckich, appellant, v. New England Mutual Life Insurance Company and Thomas J. Keckich, appellees. Gen. No. 8,980.

Opinion filed April 17, 1936.

Green & Costigan and William C. Wines, for appellant. Gillespie, Burke & Gillespie, for certain appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.